**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
JUN 26 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:         Deputy Clerk

ENTERED
JUN 26 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:         Deputy Clerk

In re:
GLOBAL PREMIER REGENCY PALMS COLTON, LP

CASE NO.: 8:23-bk-11271-SC

CHAPTER: 11

**ORDER REASSIGNING BANKRUPTCY CASE TO JUDGE (by mutual consent)**

☐ WITHIN DIVISION TRANSFER

☒ WITHIN DISTRICT TRANSFER

Debtor(s).

It appearing that the above-captioned case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge Ronald A. Clifford, III _____ (name to be inserted by the judge) for all further proceedings.

☐ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to _____ (initials to be inserted by the judge) on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

☒ **Within District Transfer**

The new bankruptcy case number is _____ (will be issued by the Clerk's Office after the order is signed).

July 2013          Order Reassigning Bankruptcy Case to Judge by Mutual Consent          F 5004-3

☐ All adversary proceeding(s) to be transferred and new adversary proceeding case numbers will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Date: 6/23/23

_____
UNITED STATES BANKRUPTCY JUDGE

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned bankruptcy case to him/her.

Date: 6/24/2023

_____
UNITED STATES BANKRUPTCY JUDGE