GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wghlawyers.com
RICHARD H. GOLUBOW – State Bar No. 160434
rgolubow@wcghlaw.comfa
PETER W. LIANIDES – State Bar No. 160517
plianides@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

In re:

GLOBAL PREMIER REGENCY PALMS COLTON, LP, a California limited partnership,

        Debtor and
        Debtor-in-Possession

Case No. 9:23-bk-10517-RC

Chapter 11 Proceeding

**DECLARATION OF CHRISTINE HANNA IN SUPPORT OF THE DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

DATE:    September 12, 2023
TIME:    10:00 a.m.
PLACE:    Courtroom 201
            1415 State Street
            Santa Barbara, CA 93101

    I, Christine Hanna, hereby declare as follows:

    1.    I am the manager of Global Premier America #4, LLC, the general partner of Global Premier Regency Palms Colton, LP, the debtor in possession ("Debtor") in the above-captioned chapter 11 case ("Case"). I have held that position since the Debtor was formed. The matters set forth here are within my own personal knowledge, and, if called upon to testify, I can and will do so competently and truthfully.

267398

2.  I make this declaration in support of the Debtor's Opposition ("Opposition") to the *Motion for Relief from the Automatic Stay under 11 U.S.C. § 362(d) (Real Property)*, [Docket No. 42] ("Motion") filed by iBorrow REIT, L.P. ("iBorrow"). I have reviewed the Opposition and, to the best of my knowledge, the factual representations contained therein are materially true and correct.

3.  The Debtor was formed in 2014 to purchase land and to develop and operate an assisted living/memory care facility in Colton, California. The Debtor was initially funded by foreign investors, who invested in the Debtor pursuant to a program of the United States government to allow foreign investors to make investments in the United States in order to obtain residency status.

4.  On or about June 24, 2019, Debtor formed its wholly owned non-debtor subsidiary, Regency Colton Senior Living ("RCSL"), to operate the Facility. The Debtor intends to lease the Facility to RCSL which will provide housing and a full spectrum of care and services to fragile seniors in need of a moderate level of medical assistance, including specialized memory care for seniors who suffer from Alzheimer's Disease and other forms of dementia.

5.  At all relevant times, the Debtor has owned the real property located at 839 Fairway Drive, Colton, California, consisting of approximately 1.95 acres ("Property"). In late 2019, the Debtor began to develop the Property as a 80-unit, 58,900 square foot assisted living/memory care facility ("Facility"). The Facility will provide housing and a full spectrum of care and services to fragile seniors in need of a moderate level of medical assistance, including specialized memory care for seniors who suffer from Alzheimer's Disease and other forms of dementia.[1]

6.  In late 2019, the Debtor began construction of the Facility. As of this writing, construction of the Facility is roughly 65% complete. In the Motion, iBorrow concedes that fact. The Debtor's successful completion and operation of the Facility will not only ensure repayment of the Debtor's pre-bankruptcy liabilities, it will also create jobs, protect the investment of the

-2-

1  EB-5 foreign investors, and ensure their continued legal residency in the United States. I estimate
2  that it will need approximately $7 million to complete the Facility.

3      7.    In or about September 2019, the Debtor obtained a construction loan from
4  iBorrow, which was evidenced by, among other things, a Promissory Note Secured by Deed of
5  Trust, dated September 3, 2019 ("Note"). In connection with the Note, the Debtor provided a
6  Construction Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixtures
7  Filing in favor of iBorrow. Pursuant to the Note, the Debtor has **drawn down and used**
8  **$10,740,862** for improvements on the Property.

9      8.    The Debtor has taken all of the detailed data provided by iBorrow in its Loan
10 Statement History provided to the Debtor, and placed them into an Excel spreadsheet to calculate
11 the loan balance owing to iBorrow. Ignoring the undeniable nefarious acts of iBorrow (as
12 described below), which prevented the Debtor from paying iBorrow on the maturity date and
13 caused the Debtor significant damages, pursuant to the terms of the Note, <u>including</u> default
14 interest at 19.9% commencing on the maturity date, as of the petition date, iBorrow's total claim
15 is calculated at **$12,625,066**. A true and correct copy of the detailed calculation of iBorrow's
16 claim with default interest is attached hereto as **Exhibit 1** and incorporated herein by this
17 reference. Assuming no default interest (but rather the non-default rate), the balance owing as of
18 the petition date is $11,526,151. A true and correct copy of the detailed calculation of iBorrow's
19 claim without default interest is attached hereto as **Exhibit 2** and incorporated herein by this
20 reference.

21     9.    iBorrow falsely contends it is owed $18.8 million under the Note based upon its
22 wrongful declaration of default and the imposition of improper default interest, late charges and
23 fees. In other words, iBorrow contends it is entitled to **$7.3 million** of **default interest on $10.7**
24 million of advances (this represents the difference between the $18.8 million claim asserted by
25 iBorrow and the $11.5 million balance that would be owed to iBorrow assuming no default
26 interest.

27
28

-3-

10. Based on iBorrow's improper ceasing of draws, contractors were not paid and recorded mechanics liens against the Property. The following is an estimate of what I believe may be owed to such creditors

| Mechanics Lien Claimant | Claim |
|---|---|
| Alta Finish & Stair Inc. | $160,172.51 |
| Apple Valley Insulation | 96,000.00 |
| Christianbelle Electric Inc. | 189,889.10 |
| Fiber Care Baths, Inc. | 17,064.00 |
| Global Plumbing and Fire Supply | 10,210.18 |
| Huntington Hardware Co Inc. | 165,661.75 |
| Pacific Western Millworks | 38,000.00 |
| TriMark Orange County | 119,100.51 |
| Walker Windows/SC Design, Inc. | 8,579.04 |

11. The Debtor intended to finance construction of the Facility with $13,175,000 in funds borrowed from iBorrow. For reasons amplified below, construction was not completed on schedule; and the Debtor exercised its option to extend the maturity date of the Loan to September 3, 2022. Notwithstanding that extension, before the September 3, 2022 revised maturity date, iBorrow unjustifiably declared a default, refused to allow the Debtor to make further draws; thus forcing us to halt construction. At the same time, iBorrow began improperly charging significant default interest, late charges and other fees. iBorrow's wrongful actions starved the Debtor of funds, which caused the Debtor to default on its obligations to other creditors, leading to several contractors and/or subcontractors asserting mechanics' liens claims against the Facility. iBorrow also misappropriated funds reserved to pay off mechanic's lien claims against the Facility. iBorrow's inflated payoff demands also made it functionally impossible for the Debtor to refinance its obligations under the Loan with a new lender.

12. Debtor's efforts to complete construction of the Facility were seriously hampered by the COVID 19 pandemic. On March 4, 2020, California governor Gavin Newsom declared a state

of emergency. The immediate effects of that condition were the interruption of supply chains and labor supply. The State's restrictions were not lifted until June 30, 2022.

13. The Debtor has recently obtained a written appraisal which reflects a current "As Is" value of $22,800,000; a prospective value upon completion of the Facility in January 2024 at $30,200,000; and a "stabilized" value as of August 2025 of $33,700,000 ("2023 Appraisal").

14. As indicated in the Opposition and above, for reasons wholly outside our control, construction on the Facility was not completed on schedule. Consequently, the Debtor exercised its contractual option to extend the maturity date of the Loan to September 3, 2022. Notwithstanding the extension, before the September 3, 2022 revised maturity date, without colorable justification, iBorrow declared the loan to be in default. Despite the fact that the declaration was specious and inconsistent with the underlying agreement, iBorrow refused to allow the Debtor to make further draws, and began improperly charging significant default interest, late charges and other fees. iBorrow's wrongful actions starved the Debtor of funds, which caused the Debtor to default on its obligations to other creditors, leading to several contractors and/or subcontractors asserting mechanics' liens claims against the Facility. iBorrow also misappropriated funds reserved to pay off mechanic's lien claims against the Facility. iBorrow's inflated payoff demands also made it functionally impossible for the Debtor to refinance its obligations under the Loan with a new lender. The Debtor had no recourse but to stop construction; and to plead for concessions from iBorrow.

15. In 2020, the Debtor obtained a $2,000,000 "mezzanine" advance from RCB Equities #7 ("RCB Loan" and "RCB" respectively) which was not only NOT collateralized by the Facility; but which was fully disclosed to iBorrow. Although the RCB loan was not collateralized by the Facility or by any interest in the Debtor, iBorrow ultimately cited it as an event of default. In fact; and at all relevant times, the RCB repayment obligations were secured by pledges of limited partnership interests owned indirectly by me and my brother, Andrew Hanna in separate and non-affiliated assets. Not only were the salient terms of the mezzanine financing fully

disclosed to iBorrow; the transaction did nothing to jeopardize iBorrow's lien rights or the viability of the Debtor's projects.

16.  The RCB loan was reflected on the Debtor's September 20, 2020 financial reports ("2020 Financials").  Copies of the 2020 Financials were provided to Shellie Ferreira, the iBorrow Vice president of Loan Processing well before the maturity extension described below.

17.  On November 5, 2021, the Debtor received its first loan statement/loan history from iBorrow ("Statement").  Surprisingly, the Statement declared the iBorrow loan to be "in default."  The Statement reflected accruing default interest at an annual rate of 19.90%.

18.  As a condition of the Loan Extension iBorrow mandated that "no Event of Default or an event which with the passage of time or the giving of notice or both would constitute an Event of Default [exist]." Despite the fact that Section 14e of the Note expressly required that the Loan be "in good standing" in order to be eligible for the extension.  At the time of the extension in September 2021, iBorrow was aware of the prior RCB Bridge Loan, and gave no indication it believed there was any default.

19.  Two months later, in November 2021, the Debtor for the first time received a loan statement/loan history from iBorrow asserting that the Loan was "in default." Scott Oaks, a CPA of the Debtor received an iBorrow Loan History 11.01.21 from Stephen Hopkins, staff accountant for iBorrow showing the default interest rate applied to the Loan starting September 4, 2021, the Maturity Date.

20.  On November 8, 2021, iBorrow issued an "Events of Default" Notice letter to the Debtor.  On November 11, 2021, an agent of iBorrow (LK Asset Advisors) sent an email demanding a total of $1,334,672.04 for a one-year Loan Extension.[2]  On November 16, 2021, the Debtor was forced to wire $1,334,672.04 to iBorrow for Loan Extension. The Loan Extension was executed by the parties on Monday, November 15, 2021; the Loan had been deemed "Out of Default 11/12/21" as of Friday, November 12, 2021.

21. Under the iBorrow loan documents, the original maturity date was September 3, 2021. Under the circumstances, we had no choice but to extend. As a condition to the extension, we paid a fee of $131,750 ("Extension Fee").

22. At the point of a gun, on November 15, 2021, we agreed to execute a Loan Extension Agreement, and paid the Extension Fee. Adding insult to injury, we also paid $270,000 to iBorrow in accrued, "default interest.", consisting of the Extension Fee, and a $660,249 deposit" and a "late fee" of $100,000; and, finally, $15,000 in attorney's fees and supposed "asset management fees."

23. On November 16, 2021, the Debtor was forced to wire $1,334,672.04 to iBorrow for Loan Extension. The Loan Extension was executed by the parties on Monday, November 15, 2021; the Loan had been deemed "Out of Default 11/12/21" as of Friday, November 12, 2021.

24. On January 24, 2022, Mr. Burstein, counsel for iBorrow, sent an email to the Debtor in which he insisted, "iBorrow requires that RCB remove Global Premier Regency Palms Colton, LP and Global Premier America #4, LLC from the RCB loan by no later than January 31, 2022. iBorrow also requires a letter (not an email) from those entities today committing to having the entities removed from the RCB loan by January 31, 2022. iBorrow advises Borrower that the lender will declare an event of default under the loan if this is not completed by January 31, 2022."

25. Debtor's counsel responded in an email to Mr. Michael D. Burstein, indicating that "the Global Premier Regency Palms Colton, LP financial statements which were previously sent to Shellie Ferreira of iBorrow disclosed all borrowings of Borrower, including the $2M from RCB, and this was well before the loan extension of November 15, 2021 was granted."

26. On February 9, 2022, the Debtor sent a draw request to iBorrow in the amount of $757,455 (Draw #15) to fund currently due payables to contractors for the ongoing construction of the Facility. On February 14, 2022, iBorrow's agent (LK Asset Advisors) notified the Debtor in an email to me dated February 14, 2022, referring to the removal of the RCB Bridge loan. The

-7-

email stated, "Also be advised we received a draw request today for Colton. That draw cannot be processed and released unless and until this issue is resolved."

27. On March 1, 2022, iBorrow's Chief Financial Officer, Kehvon Thomas sent the Debtor an email with a Draft Payoff Demand containing amounts entirely different from the March 1, 2022 Loan Servicing History. iBorrow's Draft Payoff Demand reflected default interest at the rate of 19.90% charged to the Debtor retroactive to May 27, 2020 (the date of the RCB Bridge Loan and 1.5 years before the November 15, 2021 Loan Extension). The default interest component was roughly $2.9 million higher than the figure reflected on the Loan History sent to the Debtor less than a week earlier.

28. On April 11, 2022, the Debtor and its general contractor settled a mechanics lien foreclosure lawsuit filed by Constant Fire Protection, Inc. ("CFP"). The Mechanics Lien of CFP had been recorded against the Property on August 12, 2021 in the amount of $55,721.11. On August 30, 2021 the Debtor had, at iBorrow's request, wired the sum of $55,721.11 to iBorrow as security for payment of the Mechanics Lien. On April 11, 2022, the Debtor informed iBorrow that the CFP Lawsuit had been settled and to remit the $55,721.11 deposit which was held in lieu of a bond and to send it to the opposing party's attorney in exchange for a release of the Mechanics Lien and a Dismissal with Prejudice of the CFP lawsuit. iBorrow refused to do so and advised the Debtor in an email from iBorrow's agent that the $55,721.11 had been applied as a credit towards what iBorrow is claiming as default interest. The Debtor believes it is misappropriation for iBorrow to use the funds sent to iBorrow to secure payment of the Mechanics Lien on August 30, 2021.

29. On June 22, 2022, iBorrow recorded a Notice of Default and Election to Sell Under Deed of Trust recorded in the Official Records, County of San Bernardino, which provided that the default was "specifically; failed to pay the balance of the principal sum which became due upon maturity..."

30. In October of 2022, I participated in a Zoom call with iBorrow principles and its advisor, Mr. Edwin Leslie. Although iBorrow's representatives insisted, at the time, that they

-8-

were willing to "work with" us, and granted multiple short maturity extensions, they did not provide us with the promised Loan Modification Outline after the call. It was not until February 2023 when we were presented with a severely biased "Pre-Negotiation Agreement" requiring that The Debtor and its family members expressly agree to waive any claims that iBorrow had breached its contractual obligations to the Debtor. The requirement to sign such an agreement was not mentioned during the call; it came as a surprise later on. My brother and I adamantly refused to endorse that waiver.

30. The Debtor's primary goal is to complete the development of the Facility, and to sell the Facility or to refinance the debt and pay its creditors. I have obtained post-petition financing for the Debtor that will enable the Debtor to pay for all necessary expenses for the completion of the Debtor's development of its Facility and administration of this Case. . I expect to be filing a motion for the approval of this post-petition financing on or about the same date of this declaration. Once the Court approves the financing, I anticipate the Facility will go on line in approximately eleven months—roughly ninety days to ramp up; and eight months to complete construction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of August 2023, at Irvine, California.

_____
Christine Hanna

# EXHIBIT 1

**Global Premier Regency Palms Colton LP**
 **iBorrow Loan Funds**
**Loan Balance with Default Interest**

| iBorrow Loan Balance | | Interest Rates: | |
|---|---|---|---|
| Draws | $ 10,740,862.22 | Interest Rate | 9.95% |
| Interest on Draws | $ 3,641,338.19 | Construction Reserve Rate | 3.50% |
| Interest on Reserve | $ 1,062,421.39 | Default Interest Rate | 19.90% |
| Less Payments | $ (2,837,922.06) | | |
| Balance | $ 12,606,699.74 | | |

| Due Date | Period | Days | Funded Amount incl. Intrst Rsrv | Rate | Interest Accrued | Construction Reserve | Rate | Construction Interest Accrued | Total Interest Accrued | Applied From Interest Reserve | Interest Reserve Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/19 | 9/3/19 | 28 | $ 2,143,670.00 | 9.95% | $ 16,589.62 | $ 11,031,330.00 | 3.5% | $ 30,029.73 | $ 46,619.36 | $ 46,619.36 | $ 2,494,423.33 |
| 11/1/19 | 10/1/19 | 31 | $ 2,143,670.00 | 9.95% | $ 18,367.08 | $ 11,031,330.00 | 3.5% | $ 33,247.20 | $ 51,614.29 | $ 51,614.28 | $ 2,442,809.06 |
| 12/1/19 | 11/1/19 | 30 | $ 2,143,670.00 | 9.95% | $ 17,774.60 | $ 11,031,330.00 | 3.5% | $ 32,174.71 | $ 49,949.31 | $ 49,949.31 | $ 2,392,859.75 |
| 1/1/20 | 12/1/19 | 31 | $ 2,143,670.00 | 9.95% | $ 18,367.08 | $ 11,031,330.00 | 3.5% | $ 33,247.20 | $ 51,614.29 | $ 51,614.28 | $ 2,341,245.47 |
| 2/1/20 | 1/1/20 | 31 | $ 2,143,670.00 | 9.95% | c | $ 11,031,330.00 | 3.5% | $ 33,247.20 | $ 51,614.29 | $ 51,614.28 | $ 2,289,631.20 |
| 2/24/20 | 2/1/20 | 24 | $ 2,143,670.00 | 9.95% | $ 14,219.68 | $ 11,031,330.00 | 3.5% | $ 25,739.77 | $ 39,959.45 | | $ 2,289,631.20 |
| 2/25/20 | Draw #1 | | $ 250,000.00 | | | $ (250,000.00) | | | | | |
| 3/1/20 | 2/25/20 | 5 | $ 2,393,670.00 | 9.95% | $ 3,307.92 | $ 10,781,330.00 | 3.5% | $ 5,240.92 | $ 8,548.84 | $ 48,508.29 | $ 2,241,122.89 |
| 3/25/20 | 3/1/20 | 25 | $ 2,393,670.00 | 9.95% | $ 16,539.59 | $ 10,781,330.00 | 3.5% | $ 26,204.62 | $ 42,744.21 | | $ 2,241,122.89 |
| 3/26/20 | Draw #2 | | $ 770,884.52 | | | $ (770,884.52) | | | | | |
| 4/1/20 | 3/26/20 | 6 | $ 3,164,554.52 | 9.95% | $ 5,247.89 | $ 10,010,445.48 | 3.5% | $ 5,839.43 | $ 11,087.31 | $ 53,831.53 | $ 2,187,291.37 |
| 5/1/20 | 4/1/20 | 30 | $ 3,164,554.52 | 9.95% | $ 26,239.43 | $ 10,010,445.48 | 3.5% | $ 29,197.13 | $ 55,436.56 | $ 55,436.56 | $ 2,131,854.80 |
| 6/1/20 | 5/1/20 | 31 | $ 3,164,554.52 | 9.95% | $ 27,114.08 | $ 10,010,445.48 | 3.5% | $ 30,170.37 | $ 57,284.45 | $ 57,284.45 | $ 2,074,570.35 |
| 6/1/20 | Draw #3 | | $ 252,777.46 | | | $ (252,777.46) | | | | | |
| 7/1/20 | 6/1/20 | 30 | $ 3,417,331.98 | 9.95% | $ 28,335.38 | $ 9,757,668.02 | 3.5% | $ 28,459.87 | $ 56,795.24 | $ 56,795.24 | $ 2,017,775.10 |
| 7/19/20 | 7/1/20 | 19 | $ 3,417,331.98 | 9.95% | $ 17,945.74 | $ 9,757,668.02 | 3.5% | $ 18,024.58 | $ 35,970.32 | | $ 2,017,775.10 |
| 7/20/20 | Draw #4 | | $ 376,030.99 | | | $ (376,030.99) | | | | | |
| 8/1/20 | 7/20/20 | 12 | $ 3,793,362.97 | 9.95% | $ 12,581.32 | $ 9,381,637.03 | 3.5% | $ 10,945.24 | $ 23,526.56 | $ 59,496.88 | $ 1,958,278.22 |
| 9/1/20 | 8/1/20 | 31 | $ 3,793,362.97 | 9.95% | $ 32,501.74 | $ 9,381,637.03 | 3.5% | $ 28,275.21 | $ 60,776.96 | $ 60,776.96 | $ 1,897,501.27 |
| 9/3/20 | 9/1/20 | 3 | $ 3,793,362.97 | 9.95% | $ 3,145.33 | $ 9,381,637.03 | 3.5% | $ 2,736.31 | $ 5,881.64 | | $ 1,897,501.27 |
| 9/4/20 | Draw #5 | | $ 450,893.23 | | | $ (450,893.23) | | | | | |
| 10/1/20 | 9/4/20 | 27 | $ 4,244,256.20 | 9.95% | $ 31,672.76 | $ 8,930,743.80 | 3.5% | $ 23,443.20 | $ 55,115.96 | $ 60,997.61 | $ 1,836,503.67 |
| 10/22/20 | 10/1/20 | 22 | $ 4,244,256.20 | 9.95% | $ 25,807.44 | $ 8,930,743.80 | 3.5% | $ 19,101.87 | $ 44,909.30 | | $ 1,836,503.67 |
| 10/23/20 | Draw #6 | | $ 1,191,076.25 | | | $ (1,191,076.25) | | | | | |
| 11/1/20 | 10/23/20 | 9 | $ 5,435,332.45 | 9.95% | $ 13,520.39 | $ 7,739,667.55 | 3.5% | $ 6,772.21 | $ 20,292.60 | $ 65,201.90 | $ 1,771,301.77 |
| 12/1/20 | 11/1/20 | 30 | $ 5,435,332.45 | 9.95% | $ 45,067.96 | $ 7,739,667.55 | 3.5% | $ 22,574.03 | $ 67,642.00 | $ 67,642.00 | $ 1,703,659.77 |
| 12/29/20 | 12/1/20 | 29 | $ 5,435,332.45 | 9.95% | $ 43,565.70 | $ 7,739,667.55 | 3.5% | $ 21,821.56 | $ 65,387.26 | | $ 1,703,659.77 |
| 12/30/20 | Draw #7 | | $ 488,305.18 | | | $ (488,305.18) | | | | | |
| 1/1/21 | 12/30/20 | 2 | $ 5,923,637.63 | 9.95% | $ 3,274.46 | $ 7,251,362.37 | 3.5% | $ 1,409.99 | $ 4,684.44 | $ 70,071.70 | $ 1,633,588.06 |
| 2/1/21 | 1/1/21 | 31 | $ 5,923,637.63 | 9.95% | $ 50,754.06 | $ 7,251,362.37 | 3.5% | $ 21,854.80 | $ 72,608.86 | $ 72,608.86 | $ 1,560,979.20 |
| 2/15/21 | 2/1/21 | 15 | $ 5,923,637.63 | 9.95% | $ 24,558.41 | $ 7,251,362.37 | 3.5% | $ 10,574.90 | $ 35,133.32 | | $ 1,560,979.20 |
| 2/16/21 | Draw #8 | | $ 682,262.61 | | | $ (682,262.61) | | | | | |
| 3/1/21 | 2/16/21 | 13 | $ 6,605,900.24 | 9.95% | $ 23,735.37 | $ 6,569,099.76 | 3.5% | $ 8,302.61 | $ 32,037.98 | $ 67,171.30 | $ 1,493,807.91 |
| 3/21/21 | 3/1/21 | 21 | $ 6,605,900.24 | 9.95% | $ 38,341.75 | $ 6,569,099.76 | 3.5% | $ 13,411.91 | $ 51,753.66 | | $ 1,493,807.91 |
| 3/22/21 | Draw #9 | | $ 689,175.00 | | | $ (689,175.00) | | | | | |
| 4/1/21 | 3/22/21 | 10 | $ 7,295,075.24 | 9.95% | $ 20,162.78 | $ 5,879,924.76 | 3.5% | $ 5,716.59 | $ 25,879.37 | $ 77,633.03 | $ 1,416,174.88 |
| 4/19/21 | 4/1/21 | 19 | $ 7,295,075.24 | 9.95% | $ 38,309.28 | $ 5,879,924.76 | 3.5% | $ 10,861.53 | $ 49,170.80 | | $ 1,416,174.88 |
| 4/20/21 | Draw #10 | | $ 244,308.94 | | | $ (244,308.94) | | | | | |
| 5/1/21 | 4/20/21 | 11 | $ 7,539,384.18 | 9.95% | $ 22,921.82 | $ 5,635,615.82 | 3.5% | $ 6,026.98 | $ 28,948.80 | $ 78,119.60 | $ 1,338,055.27 |
| 5/19/21 | 5/1/21 | 19 | $ 7,539,384.18 | 9.95% | $ 39,592.24 | $ 5,635,615.82 | 3.5% | $ 10,410.23 | $ 50,002.47 | | $ 1,338,055.27 |
| 5/20/21 | Draw #11 | | $ 705,726.29 | | | $ (705,726.29) | | | | | |
| 6/1/21 | 5/20/21 | 12 | $ 8,245,110.47 | 9.95% | $ 27,346.28 | $ 4,929,889.53 | 3.5% | $ 5,751.54 | $ 33,097.82 | $ 83,100.29 | $ 1,254,954.98 |
| 6/24/21 | 6/1/21 | 24 | $ 8,245,110.47 | 9.95% | $ 54,692.57 | $ 4,929,889.53 | 3.5% | $ 11,503.08 | $ 66,195.65 | | $ 1,254,954.98 |
| 6/25/21 | Draw #12 | | $ 574,346.94 | | | $ (574,346.94) | | | | | |
| 7/1/21 | 6/25/21 | 6 | $ 8,819,457.41 | 9.95% | $ 14,625.60 | $ 4,355,542.59 | 3.5% | $ 2,540.73 | $ 17,166.33 | $ 83,361.98 | $ 1,171,593.00 |
| 8/1/21 | 7/1/21 | 31 | $ 8,819,457.41 | 9.95% | $ 75,565.60 | $ 4,355,542.59 | 3.5% | $ 13,127.12 | $ 88,692.72 | $ 88,692.72 | $ 1,082,900.28 |
| 8/30/21 | 8/1/21 | 30 | $ 8,819,457.41 | 9.95% | $ 73,128.00 | $ 4,355,542.59 | 3.5% | $ 12,703.67 | $ 85,831.67 | | $ 1,082,900.28 |
| 8/31/21 | Draw #13 | | $ 1,008,323.85 | | | $ (1,008,323.85) | | | | | |
| 9/1/21 | 8/31/21 | 1 | $ 9,827,781.26 | 9.95% | $ 2,716.29 | $ 3,347,218.74 | 3.5% | $ 325.42 | $ 3,041.71 | $ 88,873.38 | $ 994,026.90 |
| 9/3/21 | 9/1/21 | 3 | $ 9,827,781.26 | 9.95% | $ 8,148.87 | $ 3,347,218.74 | 3.5% | $ 976.27 | $ 9,125.14 | $ - | $ 994,026.90 |
| **In Maturity Default 9/4/21** | | | | | | | | | | | |
| 10/1/21 | 9/3/21 | 27 | $ 9,827,781.26 | 9.95% | $ 73,339.79 | $ 3,347,218.74 | 3.50% | $ 8,786.48 | $ 82,126.27 | $ 91,251.41 | $ 902,775.49 |
| 11/1/21 | 10/1/21 | 31 | $ 9,827,781.26 | 9.95% | $ 84,204.94 | $ 3,347,218.74 | 3.50% | $ 10,088.18 | $ 94,293.11 | $ 94,293.16 | $ 808,482.36 |
| 11/12/21 | 11/1/21 | 12 | $ 9,827,781.26 | 9.95% | $ 32,595.47 | $ 3,347,218.74 | 3.50% | $ 3,905.09 | $ 36,500.56 | | add to intrst rsv $ 1,105,361.71 |
| **Out of Default 11/12/21** | | | | | | | | | | | |
| 12/1/21 | 11/12/21 | 18 | $ 9,827,781.26 | 9.95% | $ 48,893.20 | $ 3,347,218.74 | 3.5% | $ 5,857.63 | $ 54,750.83 | $ 91,251.40 | $ 1,014,110.31 |
| 1/1/22 | 12/1/21 | 31 | $ 9,827,781.26 | 9.95% | $ 84,204.97 | $ 3,347,218.74 | 3.5% | $ 10,088.16 | $ 94,293.12 | $ 94,293.13 | $ 919,817.18 |
| 1/6/22 | 1/1/22 | 6 | $ 9,827,781.26 | 9.95% | $ 16,297.74 | $ 3,347,218.74 | 3.5% | $ 1,952.54 | $ 18,250.28 | | |
| 1/7/22 | Draw #14 | | $ 913,080.96 | | | $ (913,080.96) | | | | | |
| 2/1/22 | 1/6/22 | 25 | $ 10,740,862.22 | 9.95% | $ 74,216.35 | $ 2,434,137.78 | 3.5% | $ 5,916.32 | $ 80,132.67 | $ 98,382.95 | $ 821,434.22 |
| 3/1/22 | 2/1/22 | 28 | $ 10,740,862.22 | 9.95% | $ 83,122.33 | $ 2,434,137.78 | 3.5% | $ 6,626.26 | $ 89,748.59 | $ 89,748.59 | $ 731,685.62 |
| 4/1/22 | **3/1/22** | 31 | $ 10,740,862.22 | 9.95% | $ 92,028.30 | $ 2,434,137.78 | 3.5% | $ 7,336.22 | $ 99,364.53 | $ 99,364.53 | $ 632,321.10 |
| 4/30/22 | 4/1/22 | 30 | $ 10,740,862.22 | 9.95% | $ 89,059.65 | $ 2,434,137.78 | 3.5% | $ 7,099.57 | $ 96,159.22 | $ 96,159.22 | $ 536,161.88 |
| 5/31/22 | 5/1/22 | 31 | $ 10,740,862.22 | 9.95% | $ 92,028.30 | $ 2,434,137.78 | 3.5% | $ 7,336.22 | $ 99,364.53 | $ 99,364.53 | $ 436,797.36 |
| 6/30/22 | 6/1/22 | 30 | $ 10,740,862.22 | 9.95% | $ 89,059.65 | $ 2,434,137.78 | 3.5% | $ 7,099.57 | $ 96,159.22 | $ 436,797.36 | $ - |
| 7/31/22 | 7/1/22 | 31 | $ 10,740,862.22 | 9.95% | $ 92,028.30 | $ 2,434,137.78 | 3.5% | $ 7,336.22 | $ 99,364.53 | $ - | $ - |
| 8/14/22 | 8/1/22 | 14 | $ 10,740,862.22 | 9.95% | $ 41,561.17 | $ 2,434,137.78 | 3.5% | $ 3,313.13 | $ 44,874.30 | $ - | $ - |
| 8/15/22 | $55,605.72 CapEx pd Intrst | | | | | | | | | | |
| 8/31/22 | 8/15/22 | 17 | $ 10,740,862.22 | 9.95% | $ 50,467.13 | $ 2,434,137.78 | 3.5% | $ 4,023.09 | $ 54,490.21 | $ - | $ - |
| 9/1/22 | $99,533.89 CapEx pd Intrst | | | | | | | | | | |
| **9/2/22** | 9/1/22 | 2 | $ 10,740,862.22 | 9.95% | $ 5,937.31 | $ 2,434,137.78 | 3.5% | $ 473.30 | $ 6,410.62 | $ - | $ - |
| 9/30/22 | **9/3/22** | 28 | $ 10,740,862.22 | 9.95% | $ 83,122.34 | $ 2,434,137.78 | 3.5% | $ 6,626.26 | $ 89,748.61 | $ - | $ - |
| 10/1/22 | $96,458.11 CapEx pd Intrst | | | | | | $ - | | | | |
| 10/31/22 | 10/1/22 | 31 | $ 10,740,862.22 | 19.90% | $ 184,056.61 | $ 2,434,137.78 | 19.90% | $ 41,711.66 | $ 225,768.26 | $ - | $ - |
| 11/30/22 | 11/1/22 | 30 | $ 10,740,862.22 | 19.90% | $ 178,119.30 | $ 2,434,137.78 | 19.90% | $ 40,366.12 | $ 218,485.42 | $ - | $ - |
| 12/31/22 | 12/1/22 | 31 | $ 10,740,862.22 | 19.90% | $ 184,056.61 | $ 2,434,137.78 | 19.90% | $ 41,711.66 | $ 225,768.26 | $ - | $ - |
| 1/31/23 | 1/1/23 | 31 | $ 10,740,862.22 | 19.90% | $ 184,056.61 | $ 2,434,137.78 | 19.90% | $ 41,711.66 | $ 225,768.26 | $ - | $ - |
| 2/28/23 | 2/1/23 | 28 | $ 10,740,862.22 | 19.90% | $ 166,244.68 | $ 2,434,137.78 | 19.90% | $ 37,675.04 | $ 203,919.72 | $ - | $ - |
| 3/31/23 | 3/1/23 | 31 | $ 10,740,862.22 | 19.90% | $ 184,056.61 | $ 2,434,137.78 | 19.90% | $ 41,711.66 | $ 225,768.26 | $ - | $ - |
| 4/30/23 | 4/1/23 | 30 | $ 10,740,862.22 | 19.90% | $ 178,119.30 | $ 2,434,137.78 | 19.90% | $ 40,366.12 | $ 218,485.42 | $ - | $ - |
| 5/31/23 | 5/1/23 | 31 | $ 10,740,862.22 | 19.90% | $ 184,056.61 | $ 2,434,137.78 | 19.90% | $ 41,711.66 | $ 225,768.26 | $ - | $ - |
| **6/22/23** | 6/1/23 | 22 | $ 10,740,862.22 | 19.90% | $ 130,620.82 | $ 2,434,137.78 | 19.90% | $ 29,601.82 | $ 160,222.64 | $ - | $ - |
| **BANKRUPTCY FILED** | | | | | | | | | | | |
| 6/30/23 | 6/23/23 | 8 | $ 10,740,862.22 | 19.90% | | $ 2,434,137.78 | 19.90% | | $ - | $ - | $ - |
| 7/23/23 | 7/1/23 | 23 | **$ 10,740,862.22** | 19.90% | $ 3,641,338.19 | $ 2,434,137.78 | 19.90% | $ 1,062,421.39 | $ 4,722,126.67 | $ 2,837,922.06 | |

$ 13,175,000

Exhibit 1

# EXHIBIT 2

**Global Premier Regency Palms Colton LP**
 **iBorrow Loan Funds**
**Loan Balance with No Default Interest**

| iBorrow Loan Balance | | Interest Rates: | |
|---|---|---|---|
| Draws | $ 10,740,862.22 | Interest Rate | 9.95% |
| Interest on Draws | $ 2,854,644.62 | Construction Reserve Rate | 3.50% |
| Interest on Reserve | $ 768,566.86 | Default Interest Rate | 19.90% |
| Less Payments | $ (2,837,922.06) | | |
| Balance | $ 11,526,151.65 | | |

| Due Date | Period | Days | Funded Amount incl. Intrst Rsrv | Rate | Interest Accrued | Construction Reserve | Rate | Construction Interest Accrued | Total Interest Accrued | Applied From Interest Reserve | Interest Reserve Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/19 | 9/3/19 | 28 | $ 2,143,670.00 | 9.95% | $ 16,589.62 | $ 11,031,330.00 | 3.5% | $ 30,029.73 | $ 46,619.36 | $ 46,619.36 | $ 2,494,423.33 |
| 11/1/19 | 10/1/19 | 31 | $ 2,143,670.00 | 9.95% | $ 18,367.08 | $ 11,031,330.00 | 3.5% | $ 33,247.20 | $ 51,614.29 | $ 51,614.28 | $ 2,442,809.06 |
| 12/1/19 | 11/1/19 | 30 | $ 2,143,670.00 | 9.95% | $ 17,774.60 | $ 11,031,330.00 | 3.5% | $ 32,174.71 | $ 49,949.31 | $ 49,949.31 | $ 2,392,859.75 |
| 1/1/20 | 12/1/19 | 31 | $ 2,143,670.00 | 9.95% | $ 18,367.08 | $ 11,031,330.00 | 3.5% | $ 33,247.20 | $ 51,614.29 | $ 51,614.28 | $ 2,341,245.47 |
| 2/1/20 | 1/1/20 | 31 | $ 2,143,670.00 | 9.95% c | | $ 11,031,330.00 | 3.5% | $ 33,247.20 | $ 51,614.29 | $ 51,614.28 | $ 2,289,631.20 |
| 2/24/20 | 2/1/20 | 24 | $ 2,143,670.00 | 9.95% | $ 14,219.68 | $ 11,031,330.00 | 3.5% | $ 25,739.77 | $ 39,959.45 | | $ 2,289,631.20 |
| 2/25/20 | Draw #1 | | $ 250,000.00 | | | $ (250,000.00) | | | | | |
| 3/1/20 | 2/25/20 | 5 | $ 2,393,670.00 | 9.95% | $ 3,307.92 | $ 10,781,330.00 | 3.5% | $ 5,240.92 | $ 8,548.84 | $ 48,508.29 | $ 2,241,122.89 |
| 3/25/20 | 3/1/20 | 25 | $ 2,393,670.00 | 9.95% | $ 16,539.59 | $ 10,781,330.00 | 3.5% | $ 26,204.62 | $ 42,744.21 | | $ 2,241,122.89 |
| 3/26/20 | Draw #2 | | $ 770,884.52 | | | $ (770,884.52) | | | | | |
| 4/1/20 | 3/26/20 | 6 | $ 3,164,554.52 | 9.95% | $ 5,247.89 | $ 10,010,445.48 | 3.5% | $ 5,839.43 | $ 11,087.31 | $ 53,831.53 | $ 2,187,291.37 |
| 5/1/20 | 4/1/20 | 30 | $ 3,164,554.52 | 9.95% | $ 26,239.43 | $ 10,010,445.48 | 3.5% | $ 29,197.13 | $ 55,436.56 | $ 55,436.56 | $ 2,131,854.80 |
| 6/1/20 | 5/1/20 | 31 | $ 3,164,554.52 | 9.95% | $ 27,114.08 | $ 10,010,445.48 | 3.5% | $ 30,170.37 | $ 57,284.45 | $ 57,284.45 | $ 2,074,570.35 |
| 6/1/20 | Draw #3 | | $ 252,777.46 | | | $ (252,777.46) | | | | | |
| 7/1/20 | 6/1/20 | 30 | $ 3,417,331.98 | 9.95% | $ 28,335.38 | $ 9,757,668.02 | 3.5% | $ 28,459.87 | $ 56,795.24 | $ 56,795.24 | $ 2,017,775.10 |
| 7/19/20 | 7/1/20 | 19 | $ 3,417,331.98 | 9.95% | $ 17,945.74 | $ 9,757,668.02 | 3.5% | $ 18,024.58 | $ 35,970.32 | | $ 2,017,775.10 |
| 7/20/20 | Draw #4 | | $ 376,030.99 | | | $ (376,030.99) | | | | | |
| 8/1/20 | 7/20/20 | 12 | $ 3,793,362.97 | 9.95% | $ 12,581.32 | $ 9,381,637.03 | 3.5% | $ 10,945.24 | $ 23,526.56 | $ 59,496.88 | $ 1,958,278.22 |
| 9/1/20 | 8/1/20 | 31 | $ 3,793,362.97 | 9.95% | $ 32,501.74 | $ 9,381,637.03 | 3.5% | $ 28,275.21 | $ 60,776.96 | $ 60,776.96 | $ 1,897,501.27 |
| 9/3/20 | 9/1/20 | 3 | $ 3,793,362.97 | 9.95% | $ 3,145.33 | $ 9,381,637.03 | 3.5% | $ 2,736.31 | $ 5,881.64 | | $ 1,897,501.27 |
| 9/4/20 | Draw #5 | | $ 450,893.23 | | | $ (450,893.23) | | | | | |
| 10/1/20 | 9/4/20 | 27 | $ 4,244,256.20 | 9.95% | $ 31,672.76 | $ 8,930,743.80 | 3.5% | $ 23,443.20 | $ 55,115.96 | $ 60,997.61 | $ 1,836,503.67 |
| 10/22/20 | 10/1/20 | 22 | $ 4,244,256.20 | 9.95% | $ 25,807.44 | $ 8,930,743.80 | 3.5% | $ 19,101.87 | $ 44,909.30 | | $ 1,836,503.67 |
| 10/23/20 | Draw #6 | | $ 1,191,076.25 | | | $ (1,191,076.25) | | | | | |
| 11/1/20 | 10/23/20 | 9 | $ 5,435,332.45 | 9.95% | $ 13,520.39 | $ 7,739,667.55 | 3.5% | $ 6,772.21 | $ 20,292.60 | $ 65,201.90 | $ 1,771,301.77 |
| 12/1/20 | 11/1/20 | 30 | $ 5,435,332.45 | 9.95% | $ 45,067.96 | $ 7,739,667.55 | 3.5% | $ 22,574.03 | $ 67,642.00 | $ 67,642.00 | $ 1,703,659.77 |
| 12/29/20 | 12/1/20 | 29 | $ 5,435,332.45 | 9.95% | $ 43,565.70 | $ 7,739,667.55 | 3.5% | $ 21,821.56 | $ 65,387.26 | | $ 1,703,659.77 |
| 12/30/20 | Draw #7 | | $ 488,305.18 | | | $ (488,305.18) | | | | | |
| 1/1/21 | 12/30/20 | 2 | $ 5,923,637.63 | 9.95% | $ 3,274.46 | $ 7,251,362.37 | 3.5% | $ 1,409.99 | $ 4,684.44 | $ 70,071.70 | $ 1,633,588.06 |
| 2/1/21 | 1/1/21 | 31 | $ 5,923,637.63 | 9.95% | $ 50,754.06 | $ 7,251,362.37 | 3.5% | $ 21,854.80 | $ 72,608.86 | $ 72,608.86 | $ 1,560,979.20 |
| 2/15/21 | 2/1/21 | 15 | $ 5,923,637.63 | 9.95% | $ 24,558.41 | $ 7,251,362.37 | 3.5% | $ 10,574.90 | $ 35,133.32 | | $ 1,560,979.20 |
| 2/16/21 | Draw #8 | | $ 682,262.61 | | | $ (682,262.61) | | | | | |
| 3/1/21 | 2/16/21 | 13 | $ 6,605,900.24 | 9.95% | $ 23,735.37 | $ 6,569,099.76 | 3.5% | $ 8,302.61 | $ 32,037.98 | $ 67,171.30 | $ 1,493,807.91 |
| 3/21/21 | 3/1/21 | 21 | $ 6,605,900.24 | 9.95% | $ 38,341.75 | $ 6,569,099.76 | 3.5% | $ 13,411.91 | $ 51,753.66 | | $ 1,493,807.91 |
| 3/22/21 | Draw #9 | | $ 689,175.00 | | | $ (689,175.00) | | | | | |
| 4/1/21 | 3/22/21 | 10 | $ 7,295,075.24 | 9.95% | $ 20,162.78 | $ 5,879,924.76 | 3.5% | $ 5,716.59 | $ 25,879.37 | $ 77,633.03 | $ 1,416,174.88 |
| 4/19/21 | 4/1/21 | 19 | $ 7,295,075.24 | 9.95% | $ 38,309.28 | $ 5,879,924.76 | 3.5% | $ 10,861.53 | $ 49,170.80 | | $ 1,416,174.88 |
| 4/20/21 | Draw #10 | | $ 244,308.94 | | | $ (244,308.94) | | | | | |
| 5/1/21 | 4/20/21 | 11 | $ 7,539,384.18 | 9.95% | $ 22,921.82 | $ 5,635,615.82 | 3.5% | $ 6,026.98 | $ 28,948.80 | $ 78,119.60 | $ 1,338,055.27 |
| 5/19/21 | 5/1/21 | 19 | $ 7,539,384.18 | 9.95% | $ 39,592.24 | $ 5,635,615.82 | 3.5% | $ 10,410.23 | $ 50,002.47 | | $ 1,338,055.27 |
| 5/20/21 | Draw #11 | | $ 705,726.29 | | | $ (705,726.29) | | | | | |
| 6/1/21 | 5/20/21 | 12 | $ 8,245,110.47 | 9.95% | $ 27,346.28 | $ 4,929,889.53 | 3.5% | $ 5,751.54 | $ 33,097.82 | $ 83,100.29 | $ 1,254,954.98 |
| 6/24/21 | 6/1/21 | 24 | $ 8,245,110.47 | 9.95% | $ 54,692.57 | $ 4,929,889.53 | 3.5% | $ 11,503.08 | $ 66,195.65 | | $ 1,254,954.98 |
| 6/25/21 | Draw #12 | | $ 574,346.94 | | | $ (574,346.94) | | | | | |
| 7/1/21 | 6/25/21 | 6 | $ 8,819,457.41 | 9.95% | $ 14,625.60 | $ 4,355,542.59 | 3.5% | $ 2,540.73 | $ 17,166.33 | $ 83,361.98 | $ 1,171,593.00 |
| 8/1/21 | 7/1/21 | 31 | $ 8,819,457.41 | 9.95% | $ 75,565.60 | $ 4,355,542.59 | 3.5% | $ 13,127.12 | $ 88,692.72 | $ 88,692.72 | $ 1,082,900.28 |
| 8/30/21 | 8/1/21 | 30 | $ 8,819,457.41 | 9.95% | $ 73,128.00 | $ 4,355,542.59 | 3.5% | $ 12,703.67 | $ 85,831.67 | | $ 1,082,900.28 |
| 8/31/21 | Draw #13 | | $ 1,008,323.85 | | | $ (1,008,323.85) | | | | | |
| 9/1/21 | 8/31/21 | 1 | $ 9,827,781.26 | 9.95% | $ 2,716.29 | $ 3,347,218.74 | 3.5% | $ 325.42 | $ 3,041.71 | $ 88,873.38 | $ 994,026.90 |
| 9/3/21 | 9/1/21 | 3 | $ 9,827,781.26 | 9.95% | $ 8,148.87 | $ 3,347,218.74 | 3.5% | $ 976.27 | $ 9,125.14 | $ - | $ 994,026.90 |
| **In Maturity Default 9/4/21** | | | | | | | | | | | |
| 10/1/21 | 9/3/21 | 27 | $ 9,827,781.26 | 9.95% | $ 73,339.79 | $ 3,347,218.74 | 3.50% | $ 8,786.48 | $ 82,126.27 | $ 91,251.41 | $ 902,775.49 |
| 11/1/21 | 10/1/21 | 31 | $ 9,827,781.26 | 9.95% | $ 84,204.94 | $ 3,347,218.74 | 3.50% | $ 10,088.18 | $ 94,293.11 | $ 94,293.16 | $ 808,482.36 |
| 11/12/21 | 11/1/21 | 12 | $ 9,827,781.26 | 9.95% | $ 32,595.47 | $ 3,347,218.74 | 3.50% | $ 3,905.09 | $ 36,500.56 | | add to intrst rsv |
| | | | | | | | | | | | $ 1,105,361.71 |
| **Out of Default 11/12/21** | | | | | | | | | | | |
| 12/1/21 | 11/12/21 | 18 | $ 9,827,781.26 | 9.95% | $ 48,893.20 | $ 3,347,218.74 | 3.5% | $ 5,857.63 | $ 54,750.83 | $ 91,251.40 | $ 1,014,110.31 |
| 1/1/22 | 12/1/21 | 31 | $ 9,827,781.26 | 9.95% | $ 84,204.97 | $ 3,347,218.74 | 3.5% | $ 10,088.16 | $ 94,293.12 | $ 94,293.13 | $ 919,817.18 |
| 1/6/22 | 1/1/22 | 6 | $ 9,827,781.26 | 9.95% | $ 16,297.74 | $ 3,347,218.74 | 3.5% | $ 1,952.54 | $ 18,250.28 | | |
| 1/7/22 | Draw #14 | | $ 913,080.96 | | | $ (913,080.96) | | | | | |
| 2/1/22 | 1/6/22 | 25 | $ 10,740,862.22 | 9.95% | $ 74,216.35 | $ 2,434,137.78 | 3.5% | $ 5,916.32 | $ 80,132.67 | $ 98,382.95 | $ 821,434.22 |
| 3/1/22 | 2/1/22 | 28 | $ 10,740,862.22 | 9.95% | $ 83,122.33 | $ 2,434,137.78 | 3.5% | $ 6,626.26 | $ 89,748.59 | $ 89,748.59 | $ 731,685.62 |
| 4/1/22 | **3/1/22** | 31 | $ 10,740,862.22 | 9.95% | $ 92,028.30 | $ 2,434,137.78 | 3.5% | $ 7,336.22 | $ 99,364.53 | $ 99,364.53 | $ 632,321.10 |
| 4/30/22 | 4/1/22 | 30 | $ 10,740,862.22 | 9.95% | $ 89,059.65 | $ 2,434,137.78 | 3.5% | $ 7,099.57 | $ 96,159.22 | $ 96,159.22 | $ 536,161.88 |
| 5/31/22 | 5/1/22 | 31 | $ 10,740,862.22 | 9.95% | $ 92,028.30 | $ 2,434,137.78 | 3.5% | $ 7,336.22 | $ 99,364.53 | $ 99,364.53 | $ 436,797.36 |
| 6/30/22 | 6/1/22 | 30 | $ 10,740,862.22 | 9.95% | $ 89,059.65 | $ 2,434,137.78 | 3.5% | $ 7,099.57 | $ 96,159.22 | $ 436,797.36 | $ - |
| 7/31/22 | 7/1/22 | 31 | $ 10,740,862.22 | 9.95% | $ 92,028.30 | $ 2,434,137.78 | 3.5% | $ 7,336.22 | $ 99,364.53 | $ - | $ - |
| 8/14/22 | 8/1/22 | 14 | $ 10,740,862.22 | 9.95% | $ 41,561.17 | $ 2,434,137.78 | 3.5% | $ 3,313.13 | $ 44,874.30 | $ - | $ - |
| 8/15/22 | $55,605.72 CapEx pd Intrst | | | | | | | | | | |
| 8/31/22 | 8/15/22 | 17 | $ 10,740,862.22 | 9.95% | $ 50,467.13 | $ 2,434,137.78 | 3.5% | $ 4,023.09 | $ 54,490.21 | $ - | $ - |
| 9/1/22 | $99,533.89 CapEx pd Intrst | | | | | | | | | | |
| **9/2/22** | 9/1/22 | 2 | $ 10,740,862.22 | 9.95% | $ 5,937.31 | $ 2,434,137.78 | 3.5% | $ 473.30 | $ 6,410.62 | $ - | $ - |
| 9/30/22 | **9/3/22** | 28 | $ 10,740,862.22 | 9.95% | $ 83,122.34 | $ 2,434,137.78 | 3.5% | $ 6,626.26 | $ 89,748.61 | $ - | $ - |
| 10/1/22 | $96,458.11 CapEx pd Intrst | | | | | | $ - | | | | |
| 10/31/22 | 10/1/22 | 31 | $ 10,740,862.22 | **9.95%** | $ 92,028.30 | $ 2,434,137.78 | **3.50%** | $ 7,336.22 | $ 99,364.53 | $ - | $ - |
| 11/30/22 | 11/1/22 | 30 | $ 10,740,862.22 | **9.95%** | $ 89,059.65 | $ 2,434,137.78 | **3.50%** | $ 7,099.57 | $ 96,159.22 | $ - | $ - |
| 12/31/22 | 12/1/22 | 31 | $ 10,740,862.22 | **9.95%** | $ 92,028.30 | $ 2,434,137.78 | **3.50%** | $ 7,336.22 | $ 99,364.53 | $ - | $ - |
| 1/31/23 | 1/1/23 | 31 | $ 10,740,862.22 | **9.95%** | $ 92,028.30 | $ 2,434,137.78 | **3.50%** | $ 7,336.22 | $ 99,364.53 | $ - | $ - |
| 2/28/23 | 2/1/23 | 28 | $ 10,740,862.22 | **9.95%** | $ 83,122.34 | $ 2,434,137.78 | **3.50%** | $ 6,626.26 | $ 89,748.60 | $ - | $ - |
| 3/31/23 | 3/1/23 | 31 | $ 10,740,862.22 | **9.95%** | $ 92,028.30 | $ 2,434,137.78 | **3.50%** | $ 7,336.22 | $ 99,364.53 | $ - | $ - |
| 4/30/23 | 4/1/23 | 30 | $ 10,740,862.22 | **9.95%** | $ 89,059.65 | $ 2,434,137.78 | **3.50%** | $ 7,099.57 | $ 96,159.22 | $ - | $ - |
| 5/31/23 | 5/1/23 | 31 | $ 10,740,862.22 | **9.95%** | $ 92,028.30 | $ 2,434,137.78 | **3.50%** | $ 7,336.22 | $ 99,364.53 | $ - | $ - |
| **6/22/23** | 6/1/23 | 22 | $ 10,740,862.22 | **9.95%** | $ 65,310.41 | $ 2,434,137.78 | **3.50%** | $ 5,206.35 | $ 70,516.76 | $ - | $ - |
| **BANKRUPTCY FILED** | | | | | | | | | | | |
| 6/30/23 | 6/23/23 | 8 | $ 10,740,862.22 | **9.95%** | | $ 2,434,137.78 | **3.50%** | | $ - | $ - | $ - |
| 7/23/23 | 7/1/23 | 23 | $ **10,740,862.22** | **9.95%** | | $ **2,434,137.78** | **3.50%** | | | | |
| | | | | | $ 2,854,644.62 | | | $ 768,566.86 | $ 3,641,578.57 | $ 2,837,922.06 | |

$ 13,175,000

Exhibit 2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **DECLARATION OF CHRISTINE HANNA IN SUPPORT OF THE DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d) (REAL PROPERTY) FILED BY iBORROW REIT, L.P.** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 29, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
- Brian David Fittipaldi    brian.fittipaldi@usdoj.gov
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Garrick A Hollander    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- David L. Neale    dln@lnbyg.com
- Daniel H Reiss    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- Matthew J Stockl    mstockl@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Johnny White    JWhite@wrslawyers.com, jlee@wrslawyers.com

☐

**2. SERVED BY UNITED STATES MAIL**: On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 29, 2023 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| Date | Printed Name | Signature |

-10-