GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for Reorganized Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>GLOBAL PREMIER REGENCY PALMS COLTON, LP, a California limited partnership,<br><br>                Reorganized Debtor. | Case No. 9:23-bk-10517-RC<br><br>Chapter 11 Proceeding<br><br>**CHAPTER 11 POST CONFIRMATION CASE STATUS REPORT**<br><br>DATE:    March 12, 2025<br>TIME:    1:00 p.m.<br>PLACE:  Courtroom 201<br>              1415 State St.<br>              Santa Barbara, CA 93101 |

**TO THE HONORABLE RONALD A. CLIFFORD, III, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES IN INTEREST:**

Global Premier Regency Palms Colton, LP a California limited partnership, the Reorganized Debtor in the above-entitled chapter 11 case ("Debtor"), hereby submits this Post-Confirmation Chapter 11 Case Status Report.

**A.** **<u>Status of the Reorganized Debtor's Post-Petition Operations and Progress Towards Reorganization</u>.**

On September 30, 2024, the Court entered an order [Docket No. 354] confirming the Debtor's First Amended Chapter 11 Plan of Reorganization, as Modified ("Plan") [Docket No. 344]. On October 15, 2024, the Plan went effective.

1  **B.    Progress That Has Been Made Toward Substantial Consummation of the**
2  **Confirmed Plan.**
3  The Reorganized Debtor has made all payments required under the Plan and anticipates
4  filing the motion for final decree shortly pending the consent of the DIP financing lender.
5  **C.    A Schedule Listing For Each Claim in Each Class of Claims: (i) the Total**
6  **Amount Required to be Paid Under the Plan; (ii) the Amount Required to be Paid as of the**
7  **Date of the Status Report; (iii) the Amount Actually Paid as of the Date of the Status Report;**
8  **and (iv) the Deficiency, if any, in Required Payments.**
9  The following is a schedule listing status of each class of claims provided for in the Plan:

| Class | Amount Required to be Paid | Amount Actually Paid | Deficiency |
|---|---|---|---|
| Class 1.1 | $25,000 | $25,000 | None |
| Class 1.2 | $45,000 | $45,000 | None |
| Classes 2.1 – 2.8 | $0 | $0 | None |
| Class 3 | $0 | $0 | None |
| Class 4 | $0 | $0 | None |
| Class 5 | $251,591 | $251,591 | None |
| Class 6 | $148,408 | $148,408 | None |
| Class 7 | $0 | $0 | None |

16  **D.    A Schedule of Any And All Post-Confirmation Tax Liabilities That Have**
17  **Accrued or Come Due, and a Detailed Explanation of Payments Thereon.**
18  N/A
19  **E.    An Estimate of the Date For Consummation of the Plan And The Filing Of An**
20  **Application For Final Decree.**
21  The Reorganized Debtor anticipates filing the motion for final decree shortly pending the
22  consent of the DIP financing lender.
23  **F.  Objections to Claims and Liens.**
24  The Reorganized Debtor has completed all objections to claims.
25  **G.    U.S. Trustee Compliance.**
26  The Reorganized Debtor is current with the filing of all post confirmation operating
27  reports.
28

**H. Conclusion.**

Based on the following, the Reorganized Debtor requests that the post-confirmation status be continued ninety days and appearances be excused.

DATED: January 29, 2025          **WINTHROP GOLUBOW HOLLANDER, LLP**

By: */s/ Garrick A. Hollander*
      Garrick A. Hollander
General Insolvency Counsel for Reorganized Debtor

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1301 Dove Street, Suite 500, Newport Beach, CA 92660

A true and correct copy of the foregoing document(s) entitled: **CHAPTER 11 POST CONFIRMATION CASE STATUS REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 29, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brian David Fittipaldi**    brian.fittipaldi@usdoj.gov
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Kenneth Hennesay**    khennesay@allenmatkins.com, ncampos@allenmatkins.com
- **Garrick A Hollander**    ghollander@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **Peter W Lianides**    plianides@wghlawyers.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **David L. Neale**    dln@lnbyg.com
- **Zachary Page**    ztp@lnbyg.com
- **Daniel H Reiss**    dhr@lnbyg.com, dhr@ecf.inforuptcy.com
- **Matthew J Stockl**    matthew.stockl@dinsmore.com, jmartinez@wghlawyers.com;svillegas@wghlawyers.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Johnny White**    JWhite@wrslawyers.com, jlee@wrslawyers.com

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On **January 29, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. <u>SERVED BY EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____**, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 29, 2025 | Silvia Villegas | /s/ Silvia Villegas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4

| | | | |
|---|---|---|---|
| 1 | Global Premier Regency Palms Colton, LP<br>1900 Main Street Suite 315<br>Irvine, CA 92614 | [POC 4]<br>Christine Hanna<br>~~1900 Main Street, Suite 315~~<br>~~Irvine, CA 92614~~<br>Rtd Mail 9/9/2024 UTF | **LENDER**<br>Legalist, Inc.<br>Attn: Christopher Wren<br>58 West Portal Ave #747<br>San Francisco, A 94127 |
| | **As of July 29, 2024**<br>Global Premier Regency Palms Colton LP<br>2020 Main Street Suite 300<br>Irvine, CA 92614 | | |
| | [POC No. 3]<br>Global Premier America, LLC<br>c/o Christine Hanna Reg Agent<br>1900 Main Street Suite 315<br>Irvine, CA 92614 | Global Premier Development, Inc.<br>Attn: Andrew Hanna<br>~~1900 Main Street Suite 315~~<br>~~Irvine, CA 92614~~<br>Rtd Mail 10/16/2024 UTF | United States Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 |
| | **Secured**<br>Alta Finish & Stair Inc.<br>Victor Martinez<br>12625 Frederick Street #15290<br>Moreno Valley, CA 92553 | **Secured**<br>Apple Valley Insulation<br>a BDI Company, Inc.<br>Israel Martinez<br>17525 Catalpa Street, Suite 109<br>Hesperia, CA 92345 | **Secured**<br>Christianbelle Electric Inc.<br>David Placencia<br>11580 I Avenue<br>Hesperia, CA 92345 |
| | **Secured**<br>Fiber Care Baths, Inc<br>Galina Ponte<br>9832 Yucca Road<br>Adelanto, CA 92301 | **Secured**<br>Global Plumbing and Fire Supply<br>Radix F<br>Elizabeth Sarkisyan<br>723 Sonora Avenue<br>Glendale, CA 91201 | **Secured**<br>Huntington Hardware Co Inc.<br>Diana Lam<br>340 W. Holt Avenue<br>Pomona, CA 91768 |
| | **Secured**<br>POC No. 12/13<br>Pacific Western Millworks<br>SC Design, Inc. / Ryan Johnson<br>42332 1/2 10th Street West<br>Lancaster, CA 93534 | **Secured**<br>Pacific Western Millworks<br>c/o Mail Center<br>9450 SW Gemini Dr #7790<br>Beaverton, Oregon 97008-7105 | **Secured**<br>RCB Equities #7, LLC<br>Brian Dror<br>5862 W. 3rd Street<br>Los Angeles, CA 90036 |
| | **Secured**<br>TriMark Orange County<br>Nikki Shishido<br>210 Commerce<br>Irvine, CA 92602 | **Secured**<br>TriMark Orange County<br>c/o Mail Center<br>9450 SW Gemini Dr #7790<br>Beaverton, Oregon 97008-7105 | **Secured POC 13**<br>Walker Windows/SC Design, Inc.<br>Tina Occhipinti<br>1210 N. Kraemer Blvd<br>Anaheim, CA 92806 |
| | **Secured**<br>Constant Fire Protections, Inc.<br>~~22421 Barton Rd #470~~<br>~~Grand Terrace, CA 92313~~<br>Rtd Mail 8/30/2024 UTF | **Secured**<br>Constant Fire Protection<br>Attn: Andrew Muzi, Esq.<br>Muzi & Associates APLC<br>111 Pacifica Suite 220<br>Irvine, CA 92618 | **Secured**<br>iBorrow Reit<br>Brett Kinigstein<br>12100 Wilshire Blvd, Suite 510<br>Los Angeles, CA 90025 |
| | **Secured**<br>Fidelity National Title Company<br>fbo IBorrow Reit, LP<br>Attn: Loan Dpt.<br>12100 Wilshire Blvd Suite 510<br>Los Angeles, CA 90025 | **20 LARGEST**<br>Urban Community Builders, LLC<br>Maher Nawar<br>1900 Main Street, Suite 315<br>Irvine, CA 92614 | **20 Largest**<br>Warner Design<br>Attn: Melisso Banko<br>400 Glover Street SE<br>Marietta, GA 30060 |

| | | |
|---|---|---|
| **20 LARGEST**<br>Warner Design<br>Attn: Mark Warner<br>~~1510 Fashion Island Blvd Suite 2400~~<br>~~San Mateo, CA 94404~~<br>Rtd Mail 8/13/2024 UTF | **20 LARGEST**<br>Lacko Family Survivors Trust<br>Attn: Robert Grimmick/Jospeh Lacko<br>629 Camino de Los Mares, Suite 206<br>San Clemente, CA 92673 | **Counsel for Lacko Family Survivors Trust**<br>Barry Lee O'Connor & Associates, a PLC<br>Attn: Barry Lee O'Connor, Esq.<br>3691 Adams Street<br>Riverside, CA 92504 |
| **20 LARGEST**<br>Red Pen Procurement<br>Glen Parris/M. Banko<br>400 Glover Street SE<br>Marietta, GA 30060 | **20 LARGEST [POC No. 7,14]**<br>JTC USA Holdings, Inc.<br>Attn: Acct Payable/Jill L. Jones, VP<br>99 Almaden Blvd, Suite 875<br>San Jose, CA 95113 | **20 Largest**<br>JTC USA Holdings, Inc.<br>Fka NESF<br>Attn: Dawn Shuster<br>75 State Street, Suite 2801<br>Boston, MA 02109 |
| **20 Largest**<br>Advanced Exercise<br>Attn: Eric Jenican<br>861 SouthPark Drive Suite 100<br>Littleton, CO 80120 | Accountant<br>The Smart CPA's<br>Attn: Momtaz Abas<br>8306 Wilshire Blvd Suite 1070<br>Beverly Hills, CA 90211 | L2 Specialties, Inc.<br>3613 W. MacArthur Blvd. Suite 611<br>Santa Ana, CA 92704 |
| Kone, Inc.<br>c/o The Law Offices of Dennis G. Cosso<br>345 Oxford Drive<br>Arcadia, CA 91007 | KONE, Inc<br>Jay Saracyan<br>14250 Ventura Blvd.<br>Sherman Oaks, CA 91423 | Global Plumbing and Fire Supply<br>Radix F<br>Elizabeth Sarkisyan<br>723 Sonora Avenue<br>Glendale, CA 91201 |
| Rapid Duct Testing<br>Mike Torosyan<br>401 N. Verdugo Rd<br>Glendale, CA 91206 | Huntington Hardware Co Inc.<br>Diana Lam<br>340 W. Holt Avenue<br>Pomona, CA 91768 | Smart Accounting and Tax<br>Awtar Burmy<br>38930 Blacow Road Suite C<br>Fremont, CA 94536 |
| Absolute Sign, Inc.<br>Steve Holmes<br>222 Hershey St<br>Pomona, CA 91767 | Bacco Mechanical<br>Jeff McGowan<br>42913 Capital Drive, Suite 109<br>Lancaster, CA 93535 | California Dept of Tax and Free Adm<br>PO Box 942879<br>Sacramento, CA 94279-0001 |
| AIM Services, Inc.<br>Carol Martinez<br>10655 Humbolt Street<br>Los Alamitos, CA 90720 | BMP Solutions<br>Israel Martinez<br>17525 Catalpa Street, Suite 109<br>Hesperia, CA 92345 | Colton Public Utilities<br>Accounts Payable<br>650 N La Cadena Dr<br>Colton, CA 92324 |
| Allied Storage Containers<br>Accounts Payable<br>PO Box 12684<br>Fresno, CA 93778 | Cal-State Site Services<br>Accounts Payable<br>4518 Industrial Street<br>Simi Valley, CA 93063 | Franchise Tax Board Bankruptcy Sect<br>MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Safeguard on Demand, Inc<br>Ahmad Nawabi<br>11037 Warner Avenue Suite 297<br>Fountain Valley, CA 92708 | [POC No. 2]<br>National Affordable Communities Inc<br>Attn: Christine Hanna<br>1900 Main Street Suite 315<br>Irvine, CA 92614 |

| | | |
|---|---|---|
| US Smoke & Fire<br>Genoveva Ruiz<br>5541 1/2 Pedley Rd.<br>Riverside, CA 92509 | Legacy Global Private Security, Inc<br>Emile Younan<br>8520 Woodley Ave<br>North Hills, CA 91343 | National Construction Rentals<br>Accounts Payable<br>P. O. Box 841461<br>Los Angeles, CA 90084-1461 |
| Los Angeles County Treasurer<br>and Tax Collector<br>Attn: Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA 90054-0018 | | Power Plus<br>Tritia Sanford<br>5500 E. La Palma<br>Anaheim, CA 92807 |
| Mobile Mini Solutions<br>Stephen Milo<br>~~P.O. Box 650882~~<br>~~Dallas, CA 75265~~<br>Rtd Mail 8/26/2024 UTF | RJ Air Conditioning Services, Inc.<br>Carolina Alvarez<br>12881 Knott St. Suite 118<br>Garden Grove, CA 92841 | [POC No. 10]<br>Palmdale Glass & Mirror Co.<br>Sherri Annoreno<br>Matthew Brandon Ito<br>608 East Rancho Vista Blvd<br>Palmdale, CA 93550 |
| [POC No. 5]<br>San Bernardino Tax Collector<br>Lisa Alvarez, Dpty Tax Collector<br>268 West Hospitality Lane<br>San Bernardino, CA 92408 | RedRock Technologies, Inc<br>Dean Butler<br>17902 Georgetown Lane<br>Huntington Beach, CA 92647 | [POC No. 1]<br>Magdy Hanna<br>~~1900 Main Street Suite 315~~<br>~~Irvine, CA 92614~~<br>Rtd Mail 9/9/2024 UTF |
| Apple Valley Insulation,<br>a BDI Company, Inc.<br>c/o Mail Center<br>~~9450 SW Gemini Dr #7790~~<br>~~Beaverton, Oregon 97008-7105~~<br>Rtd Mail 1/2/2025 UTF | TriMark Raygal, LLC<br>Carole Rupiper<br>3613 W. MacArthur Blvd. Suite 611<br>Santa Ana, CA 92704 | U.S. Securities and Exchange Commis<br>Attn: Bankruptcy Counsel<br>444 South Flower Street, Suite 900<br>Los Angeles, CA 90071-9591 |
| [POC No. 8]<br>Red Pen Procurement, LLC<br>c/o Merbaum & Becker, P.C.<br>Attn: Andrew J. Becker<br>5755 North Point Parkway, Suite 284<br>Alpharetta, GA 30022<br><br>[POC No. 11]<br>M-United Plastering, Inc.<br>5541 1/2 Pedley Road<br>Riverside, CA 92509 | [POC No. 9]/Mechanic<br>Apple Valley Insulation, A BDI Co., Inc.<br>c/o Harold L Rollin, Professional Law<br>Corp.<br>815 W. Center Avenue<br>Visalia, CA 93291<br>[POC No. 11]<br>M-United Plastering, Inc.<br>Norman A. Filer, Esq.<br>500 North State College Blvd #1270<br>Orange, CA 92868 | [POC No. 9] /Mechanic<br>Apple Valley Insulation, A BDI Co.,<br>Inc.<br>Attn: Natalie Hoff<br>PO Box 11388<br>Bakersfield, CA 93389<br>Global Premier Regency<br>Palms Palmdale, LP<br>1900 Main Street<br>Ste 315<br>Irvine, CA 92614 |
| Advanced Exercise<br>Attn: Eric Jenican<br>861 SouthPark Drive Suite 100<br>Littleton, CO 80120 | Clear Vision Consultants, Inc.<br>~~2010 Main Street, Suite 1250~~<br>~~Irvine, CA 92614~~<br>Rtd Mail 7/2/2024 UTF | TL Group Consultants<br>1442 Irvine Blvd Suite 208<br>Tustin, CA 92780 |
| AIM Services, Inc.<br>Mitchael Twitchell<br>7247 E. Stearns<br>Long Beach, CA  90815 | KNA Engineer Inc.<br>30423 Canwood Street Suite 223<br>Agoura Hills, CA 91301 | Vella & Associates Attn: Ed Davis<br>~~1140 W. Collins Avenue~~<br>~~Orange, CA 92867~~<br>Rtd Mail 6/20/2024 |

| | | |
|---|---|---|
| AME Design Group, Inc.<br>Attn: Ghassan Shreim<br>2062 Business Center Dr. Suite 250<br>Irvine, CA 92612<br>Rtd Mail 8/16/2024 UTF | TAD Consulting, Inc.<br>1401 N. Batavia Street Suite 103<br>Orange, CA 92867 | KTGY Group, Inc.<br>Architecture+Planning<br>17922 Fitch<br>Irvine, CA 92614<br>Rtd Mail 8/7/2024 UTF |
| NESF Fund Services Corp.<br>c/o NES Financial Corp.<br>Attn: Kelly E. Alton<br>99 Almaden Blvd. Ste 875<br>San Jose, CA 95113-1618 | NESF Fund Services Corp.<br>aka JTC USA<br>Attn: Dawn Shuster<br>75 State Street Ste 2801<br>Boston, MA 02109 | Winthrop Golubow Hollander, LLP<br>Garrick A. Hollander, Esq.<br>1301 Dove Street, Suite 500<br>Newport Beach, CA 92660<br><br>**SECURED CREDITOR**<br>Constant Fire Protection<br>22421 Barton Rd #470<br>Grand Terrace, CA 92313<br>RTS Perm Closed 3/12/2024 |
| Palmdale Glass & Mirror Co.<br>Ian Arellano<br>15340 Cabrito Rd.<br>Van Nuys, CA 91406<br>Rtd Mail 8/2023 UTF | NESF Fund Services Corp.<br>c/o NES Financial Corp.<br>Attn: Kelly E. Alton<br>50 W. San Fernando St Suite 300<br>San Jose, CA 95113<br>Rtd Mail 2/20/2024 New Address Below | M - United Plastering Inc.<br>Galina Ponte<br>9832 Yucca Road<br>Adelanto, CA 92301<br>**Incorrect Address See Below for Correct Address [POC. 11]** |